UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIRGAS INC.; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 5:25-cv-01947-SVK<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING CASE RELATIONSHIP BASED ON THE PARTIES' STIPULATION** |

Before the Court is the Parties' Stipulation for Consolidation of Related Actions. Dkt. 11. This case is not the lowest-numbered case, and accordingly this Judge is not the proper authority to consider the Parties' Stipulation to relate the cases and consolidate (if appropriate). However, based upon the Parties' Stipulation and review of the relevant actions, and in the interest of judicial efficiency, IT IS HEREBY ORDERED that the above captioned case is REFERRED to the Honorable Eumi K. Lee to determine whether it is related to *Timothy Rogers, et al. v. Airgas Inc., et. al.*, 24-cv-02360-EKL. The Parties' Stipulation is attached to this Order as Attachment A, and the Parties are advised that Judge Lee may decide to consolidate the actions, if appropriate.

**SO ORDERED.**

Dated: April 18, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge

**ATTACHMENT A**

Golnaz Heidari
CA Bar No. 317574
E-mail:gheidari@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Attorney for Plaintiff,
Golden Bear Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN BEAR INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> AIRGAS INC.; and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No.: 5:25-cv-01947-SVK <br><br> **STIPULATION TO CONSOLIDATE RELATED ACTIONS** |
| TIMOTHY ROGERS, et al. <br><br> Plaintiff, <br><br> vs. <br><br> AIRGAS INC.; and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No.: 5:24-cv-02360-EKL |

IT IS HEREBY STIPULATED by and among the parties, through their respective attorneys of record, as follows:

1. That the case entitled *Timothy Rogers v. Airgas Inc., et. al.*, U.S. District Court, Northern District of California, Case No. 5:24-cv-02360-EKL be consolidated with the related case,

*Golden Bear Insurance Company v. Airgas Inc., et. al.*, U.S. District Court, Northern District of California, Case No. 5:25-cv-01947-SVK for all purposes, including trial. A copy of the filed Notice of Related Case filed in the Superior Court of California, County of San Benito, is attached hereto as Exhibit A.

2.     That the case entitled Timothy Rogers, et al. v. Airgas Inc., et. al., U.S. District Court, Northern District of California, Case No. 5:24-cv-02360-EKL shall be the designated controlling action for the consolidated cases. Upon entry of the attached Order, the consolidated actions will be subject to the Minute Order entered on February 5, 2025 (Case No: 5:24-cv-02360-EKL; Document No: 32) directing counsel for Plaintiff to notify this Court within 30 days of resolution of the insurance claim, at which point the consolidated action will be administratively reopened and resume.

3.     By entering into this stipulation to consolidate, the parties waive none, but expressly reserve all rights.

DATED:   April 11, 2025                COZEN O'CONNOR

By: */s/ Golnaz Heidari*
    GOLNAZ HEIDARI
    501 West Broadway, Suite 1610
    San Diego, CA 92101
    Telephone: 800.782.3366

Attorneys for Plaintiff,
GOLDEN BEAR INSURANCE COMPANY

DATED:   April 11, 2025                BUSCEMI HALLETT LLP

By: */s/ Michael Buscemi*
    MICHAEL RICHARD BUSCEMI
    DAVID E. HALLETT
    JONAHAN DAVID BOBAK
    555 West Beech Street, Suite 450
    San Diego, CA 92101
    Telephone: 619.231.5900

Attorneys for Plaintiffs,
TIMOTHY ROGERS and JASON FONG

////

| | |
|---|---|
| DATED:   April 11, 2025 | GORDON REES SCULLY MANSUKHANI, LLP |
| | |
| | By: */s/ Timothy Branson* |
| | TIMOTHY K. BRANSON |
| | M.D. SCULLY |
| | 101 West Broadway, Suite 2000 |
| | San Diego, CA 92101 |
| | Telephone: 619.230.7411 |
| | |
| | Attorneys for Defendant, |
| | AIRGAS INC. |