MICHAEL R. BUSCEMI, ESQ.
mbuscemi@buhalaw.com
DAVID E. HALLETT, ESQ.
dhallett@buhalaw.com
JONATHAN D. BOBAK, ESQ.
jbobak@buhalaw.com
BUSCEMI HALLETT LLP
555 West Beech Street, Suite 450
San Diego, California 92101
Tel: (619) 231-5900
Fax: (619) 231-5905

Attorneys for Plaintiffs
TIMOTHY ROGERS and JASON FONG

BARRETT KIERNAN
CA Bar No. 157001
E-mail: bkiernan@cozen.com
GOLNAZ HEIDARI
CA Bar No. 317574
E-mail: gheidari@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Tel: 800.782.3366
Fax: 619.234.7831

Attorney for Plaintiff,
GOLDEN BEAR INSURANCE COMPANY

M.D. SCULLY
mscully@grsm.com
TIMOTHY K. BRANSON
tbranson@grsm.com
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
Facsimile: (619) 696-7124
JULIA M. RAFFERTY (*pro hac vice*)
jrafferty@grsm.com
GORDON REES SCULLY MANSUKHANI
1717 Arch Street, Ste. 610
Philadelphia, PA 19103
Tel: (267) 602-2054
Fax: (215) 693-6650

Attorneys for Defendant
AIRGAS USA, LLC aka AIRGAS, INC.

GORDON REES SCULLY MANSUKHANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY ROGERS, et al.

Plaintiff,

vs.

AIRGAS INC.; and DOES 1 through 25, inclusive,

Defendant.

Case No.: 5:24-cv-02360-EKL
Consolidated with Case No.: 5:25-cv-01947-EKL

**JOINT STIPULATION AND ~~PROPOSED~~ ORDER**

////

////

GOLDEN BEAR INSURANCE COMPANY,

Plaintiff,

vs.

AIRGAS INC.; and DOES 1 through 25, inclusive,

Defendant.

Case No.: 5:25-cv-01947-EKL

**IT IS HEREBY STIPLULATED BY AND AMONG** Plaintiffs TIMOTHY ROGERS and JASON FONG ("Plaintiffs"), Plaintiff GOLDEN BEAR INSURANCE COMPANY ("Plaintiff"), and Defendant AIRGAS, INC. ("Defendant") (collectively, the "Parties") by and through their respective counsel, that in furtherance of their mutually shared goal to facilitate the exchange of information and documents in this consolidated action which may be subject to confidentiality limitations on disclosure due to federal laws, state laws, and privacy rights, the Parties stipulate as follows:

1. On or about July 28, 2026, under the above-captioned consolidated case caption, the Court entered a Joint Stipulated Protective Order ("JSPO") (DOC 56). A true and correct copy of the JPSO is attached hereto as Exhibit "A."

2. The only parties to the JSPO were GOLDEN BEAR INSURANCE COMPANY and AIRGAS, INC. Similarly, the only signatories to the JPSO were counsel for GOLDEN BEAR INSURANCE COMPANY and counsel for AIRGAS, INC. Plaintiffs TIMOTHY ROGERS and JASON FONG were omitted from the JPSO, both as parties and signatories.

3. To facilitate their shared goal of exchanging confidential information and documents between and among all Parties in this consolidated action, the Parties, and each of them, do hereby agree to fully adhere to and be bound by, to the fullest extent permitted by law, each and every term and provision contained in the JPSO as though each of them had adopted and signed it by and through their respective undersigned counsel.

////

////



GORDON REES SCULLY MANSUKHANI

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: September 14, 2026

BUSCEMI HALLETT LLP

By: */s/ Michael R. Buscemi*
Michael R. Buscemi
David E Hallett
Jonathan D. Bobak
555 W. Beech St. Ste. 450
San Diego, CA 92101
Tel: (619) 231-5900

Attorneys for Plaintiffs,
TIMOTHY ROGERS and JASON FONG

DATED: September 14, 2026

GORDON REES SCULLY MANSUKHANI

By: */s/ Julia M. Rafferty*
M.D. SCULLY
TIMOTHY K. BRANSON
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7441
JULIA M. RAFFERTY
1717 Arch Street, Ste. 610
Philadelphia, PA 19103
Tel: (267) 602-2054

Attorneys for Defendant
AIRGAS USA, LLC aka AIRGAS, INC

DATED: September 14, 2026

COZEN O'CONNOR

By: */s/ Golnaz Heidari*
BARRETT KIERNAN
GOLNAZ HEIDARI
501 West Broadway, Suite 1610
San Diego, CA 92101
Tel: (800) 782-3366

Attorneys for Plaintiff,
GOLDEN BEAR INSURANCE COMPANY



GORDON REES SCULLY MANSUKHANI

**LOCAL RULE 5-1(i) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Julia M. Rafferty, hereby attest that concurrence in the filing of this document has been obtained from counsel for all Plaintiffs.

DATED: September 14, 2026

By: ___/s/ *Julia M. Rafferty*____________
Julia M. Rafferty, Esq.
Attorneys for Defendant,
AIRGAS USA, LLC aka AIRGAS, INC.

GORDON REES SCULLY MANSUKHANI

**~~[PROPOSED]~~ ORDER**

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and Order.

**IT IS SO ORDERED.**

Dated: September 16, 2026

Susan van Keulen

UNITED STATES MAGISTRATE JUDGE
SUSAN VAN KEULEN

GORDON REES SCULLY MANSUKHANI